UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:14-CR-070 |
| ) | |
| EVELYN JEAN VICKERS ) | |

### **O R D E R**

For the reasons provided in the memorandum opinion filed contemporaneously with this order, the defendant's request for the appointment of counsel [doc. 449] is **DENIED** and her motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) for immediate compassionate release [doc. 449] is **GRANTED**. The defendant's term of imprisonment is reduced to **time served**.

This order shall not take effect until 14 days after its entry in order to allow the Bureau of Prisons time to process the defendant's release and to allow for a mandatory 14-day quarantine period as directed by the Attorney General.

Except as provided herein, all provisions of the judgment dated July 1, 2015, shall remain in effect.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge